IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORY BELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2003-cv-445-JPG |
| ) | |
| ALAN UCHTMAN, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on Petitioner Illinois state prisoner Cory Bell's 28 U.S.C. §2254 petition for a writ of habeas corpus, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Respondent, and against Petitioner, and that all of Bell's claims, in this case, be **DISMISSED with prejudice**.

**DATE: July 13, 2005.**

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** /s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **U.S. District Judge**